PER CURIAM.
Affirmed. As to ground one of the defendant’s motion, see State v. Dene, 533 So.2d 265 (Fla.1988); Webster v. State, 540 So.2d 124, 128 (Fla. 4th DCA), clarified, 549 So.2d 784 (Fla. 4th DCA 1989); and Edwards v. State, 443 So.2d 306 (Fla. 3d DCA 1983). As to ground two, see Downs v. State, 616 So.2d 444 (Fla.1993). For ground three, see Anderson v. State, 467 So.2d 781 (Fla. 3d DCA), rev. dismissed, 475 So.2d 693 (Fla.1985). Finally, as to ground four, see State v. Griffith, 561 So.2d 528 (Fla.1990) and State v. Jones, 561 So.2d 532 (Fla.1990).